DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief of Complex and Affirmative Litigation
ELAINE M. O'NEIL, State Bar #142234
THOMAS S. LAKRITZ, State Bar #161234
MATTHEW GOLDBERG, State Bar #240776
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3881
Facsimile:     (415) 554-3985
E-Mail:        elaine.o'neil@sfgov.org

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SCOTT NALE, | Case No. 13-CV-05687 |
|---|---|
| Plaintiff, | **THIRD AMENDED STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, and Does 1 through 10, | |
| Defendants. | |

Pursuant to Local Rule 6-1(a), Plaintiff DAVID SCOTT NALE ("Plaintiff") and Defendant City and County of San Francisco ("San Francisco"), by and through their attorneys of record, hereby stipulate and agree that San Francisco's time to file a response to Plaintiff's Complaint shall be extended to and through **June 2, 2014**.  San Francisco requests this further extension because the parties continue to engage in settlement discussions.  This stipulation amends the parties' previously filed stipulation extending Defendant's time to respond to April 2, 2014.

//

//

1 | IT IS SO STIPULATED.

2 | Dated: April 2, 2014

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
Chief of Complex and Affirmative Litigation
ELAINE M. O'NEIL
THOMAS S. LAKRITZ
MATTHEW GOLDBERG
Deputy City Attorneys

By:    *-/s/-*    *Elaine M. O'Neil*
ELAINE M. O'NEIL

CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: April 2, 2014    LAW OFFICES OF SUSAN PATRICIA GIBBS

By:    *-/s/-*    *Susan Gibbs*
SUSAN GIBBS
Attorneys for Plaintiff DAVID SCOTT NALE
*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*