1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  RONALD P. FLYNN, State Bar #184186
   Chief of Complex and Affirmative Litigation
3  ELAINE M. O'NEIL, State Bar #142234
   THOMAS S. LAKRITZ, State Bar #161234
4  MATTHEW GOLDBERG, State Bar #240776
   Deputy City Attorneys
5  Fox Plaza
   1390 Market Street, Seventh Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3881
7  Facsimile:     (415) 554-3985
   E-Mail:        elaine.o'neil@sfgov.org
8
   Attorneys for Defendant
9  City and County of San Francisco

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| DAVID SCOTT NALE, | Case No. 13-CV-05687 |
|---|---|
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, and Does 1 through 10, | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Notice of Settlement;                                          n:\cxlit\li2013\140667\00926630.doc
Nale v. CCSF, et al. – USDC No. 13-CV-05687

1    Plaintiff David Scott Nale ("Plaintiff") and Defendant City and County of San Francisco ("San

2  Francisco"), by and through their attorneys of record, hereby provide notice to the Court that they have

3  agreed to a conditional settlement of this matter.  The parties' settlement is conditioned on the

4  occurrence of certain events, which they anticipate will occur in the next 120 days, and upon which the

5  Plaintiff will file a Notice of Dismissal of the Action.  Should the required conditions not occur within

6  that time period, the parties will notify the Court.

7  Dated:  June 2, 2014

8                                                   DENNIS J. HERRERA
                                                    City Attorney
9                                                   RONALD P. FLYNN
                                                    Chief of Complex and Affirmative Litigation
10                                                  ELAINE M. O'NEIL
                                                    THOMAS S. LAKRITZ
11                                                  MATTHEW GOLDBERG
                                                    Deputy City Attorneys
12

13

14                                        By:    *-/s/- Elaine M. O'Neil*
                                                    ELAINE M. O'NEIL
15
                                                    CITY AND COUNTY OF SAN FRANCISCO,
16                                                  ET AL.

17

18  Dated:  June 2, 2014               LAW OFFICES OF SUSAN PATRICIA GIBBS

19

20                                        By:    *-/s/- Susan Gibbs*
                                                    SUSAN GIBBS
21                                                  Attorneys for Plaintiff DAVID SCOTT NALE
                                                    *Pursuant to GO 45, the electronic signatory has obtained*
22                                                  *approval from this signatory.*

23

24

25

26

27

28

Notice of Settlement;                              1                    n:\cxlit\li2013\140667\00926630.doc
Nale v. CCSF, et al. – USDC No. 13-CV-05687