1  Susan Gibbs, SBN 201331
   Law Office of Susan Gibbs
2  327 Connecticut St.
   San Francisco, CA 94107
3  Tel:  415.615.2271
   Fax: 415.692.8173
4  susan_gibbs@me.com

5  *Attorney for Plaintiff*
   DAVID SCOTT NALE

6

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9

10 DAVID SCOTT NALE,                    Case No.: 13-CV-05687

11          Plaintiff,                  **STIPULATION FOR DISMISSAL**

12     vs.

13 CITY AND COUNTY OF SAN
   FRANCISCO, and Does 1 through 10,
14
            Defendants.
15

16

17

...

28 **STIPULATION TO DISMISS Nale v. CCSF, et al. – USDC No. 13-CV-05687**                    1

Plaintiff and defendant hereby stipulate to the dismissal this Complaint in its entirety without prejudice pursuant to the terms of a settlement agreement reached between the parties.

**IT IS SO STIPULATED.**

Dated:  September 3, 2014

                              DENNIS J. HERRERA
                              City Attorney
                              OWEN J. CLEMENTS
                              Chief of Complex and Special Litigation
                              ELAINE M. O'NEIL
                              THOMAS S. LAKRITZ
                              MATTHEW GOLDBERG
                              Deputy City Attorneys

                                 -/s/-   *Elaine M. O'Neil*
By:_____
                              ELAINE M. O'NEIL*

                              CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  September 3, 2014          LAW OFFICE OF SUSAN PATRICIA GIBBS

                                 -/s/-   *Susan Gibbs*
By:_____
                              SUSAN GIBBS
                              Attorneys for Plaintiff DAVID SCOTT NALE

*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

STIPULATION TO DISMISS Nale v. CCSF, et al. – USDC No. 13-CV-05687      2